# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-mj-45-JHR-1 |
| | ) | |
| MICHEL D'ANGELO, | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

On this date, the defendant appeared with counsel. The defendant has been charged in a criminal complaint with one count of bank robbery and aiding and abetting in violation of 18 U.S.C. §§ 2113(a) and 2. The defendant waived his right to a preliminary examination, thus conceding the existence of probable cause to believe that he committed the offense charged. The defendant also waived his right to a detention hearing and consented to being detained pending trial. After due inquiry, I concluded that the defendant's waiver and consent were made voluntarily and knowingly, and I accepted the same. Accordingly, I ***ORDER*** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person

1

in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 11th day of April, 2013.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge